# United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

—————

No. 96-1662

—————

Corey Louis Hines,                    *
                                      *
          Appellant,                  *
                                      *  Appeal from the United States
     v.                               *  District Court for the
                                      *  Western District of Missouri.
Mike Kemna,                           *
                                      *          [UNPUBLISHED]
          Appellee.                   *

—————

Submitted:  May 2, 1997

Filed: May 13, 1997

—————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.


Corey Hines appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  After carefully reviewing the record and the parties' briefs, we conclude the district court's judgment was correct for the reasons set forth in its opinion.  Accordingly, we affirm.  See 8th Cir. R. 47B.

—————

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.